UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRYSTAL L. MILLER, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ICON PLC, LYNDA HOLCROFT, DOCS GLOBAL INC., ICON CLINICAL RESEARCH LLC, and DOES 1-100,<br><br>Defendants. | Case No. 21-cv-07431-SI<br><br>***SUA SPONTE* JUDICIAL REFERRAL RE: RELATED CASES** |

This action is, *sua sponte*, referred to Hon. Yvonne Gonzales Rogers for consideration whether this action is related to *Chrystal L. Miller, etc. v. ICON PLC, et al.,* No. 20-cv-04117-YGR, within the meaning of Local Rule 3-12..

**IT IS SO ORDERED**.

Dated: January 3, 2022

SUSAN ILLSTON
United States District Judge